UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

EUGENE DUNCAN,

                               Plaintiff,

     -against-

WELLA OPERATIONS US LLC,

                              Defendants.

-------------------------------------------------------X

Case No. 1:21-cv-5366-AMD-CLP

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Eugene Duncan and Defendant Wella Operations US LLC by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action be and hereby is voluntarily and finally dismissed with prejudice, without costs or attorneys' fees.

Dated: March 22, 2022

By: _____
Bradly G. Marks
The Marks Law Firm, PC
155 E 55th Street, Suite 6A
New York, NY 10022
T:(646) 770-3775
brad@markslawpc.com

By: _____
Sean Kirby
Sheppard Mullin
30 Rockefeller Plaza
New York, NY 10112
T:(212) 653-0015
SKirby@sheppardmullin.com